UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00048

**Brandon James Angel-Crowell,**
*Plaintiff,*

v.

**TDCJ Mark W. Michael's Unit et al.,**
*Defendants.*

### ORDER

Plaintiff Brandon James Angel-Crowell, an inmate of the Texas Department of Criminal Justice proceeding pro se and *in forma pauperis*, filed this civil-rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b).

On April 25, 2023, the magistrate judge submitted a report recommending that plaintiff's unsupported motions for summary judgment be denied as frivolous. Doc. 31. A copy of the report was mailed to plaintiff's last known address, but he has not filed an objection within the time permitted.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's motions (Docs. 23, 24) are denied.

*So ordered by the court on July 7, 2023.*

J. CAMPBELL BARKER
United States District Judge