UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00048

**Brandon James Angel-Crowell,**
*Plaintiff,*
v.
**TDCJ Mark W. Michael's Unit,**
*Defendant.*

### ORDER

Plaintiff Brandon James Angel-Crowell, an inmate proceeding pro se and *in forma pauperis*, filed a civil-rights lawsuit under 42 U.S.C. § 1983, which was transferred to this court for proper venue and referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b).

On June 30, 2023, the magistrate judge issued a report recommending that this case be dismissed for plaintiff's failure to prosecute and failure to comply with the court's orders. Doc. 41. A copy of the report was mailed to plaintiff, who did not file written objections.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation. This case is dismissed without prejudice.

Because plaintiff's complaint includes events dating from 2021, the statute of limitations in this case is suspended for 90 days from the entry of judgment. *See Campbell v. Wilkinson*, 988 F.3d 798, 801 n.1 (5th Cir. 2021) (explaining that "[w]here further litigation of [a] claim will be time-barred, a dismissal without prejudice is no less severe a sanction than a dismissal with prejudice, and the same standard of review is used").

- 2 -

*So ordered by the court on August 8, 2023.*

_____
J. CAMPBELL BARKER
United States District Judge